PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:22-po-00003-SAB |
|---|---|
| Plaintiff, | [Citation # E1200054 CA/71] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| VLAD ARMASU | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 5:22-po-00003-SAB [Citation #E1200054 CA/71] against VLAD ARMASU, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 11, 2022          Respectfully submitted,

                               PHILLIP A. TALBERT
                               United States Attorney

                        By:    /s/ *Alexandre Dempsey*
                               ALEXANDRE DEMPSEY
                               Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:22-po-00003-SAB [Citation # E1200054 CA/71] against VLAD ARMASU be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 11, 2022**

UNITED STATES MAGISTRATE JUDGE